CaseCase6-1r2063200320B3SBADED#:DocF#ed: Fi7e08/26/08/264.1PageID#gd9 #: 1

FILED

JUL - 8 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1 : 26 CR 00320 |
| | ) | Title 21, United States Code, |
| DENZEL CARTER, | ) | Sections 841(a)(1), (b)(1)(B), |
| AARON SMITH, | ) | (b)(1)(C), 843(b), 846; and Title |
| | ) | 18, United States Code, Section 2 |
| Defendants. | ) | |

**JUDGE BRENNAN**

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute
Methamphetamine, 21 U.S.C. § 846)

The Grand Jury charges:

1.      Beginning on or about November 27, 2023, and continuing through August 6, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants DENZEL CARTER, AARON SMITH, and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

2.     On or about August 6, 2025, in the Northern District of Ohio, Eastern Division,

Defendants DENZEL CARTER and AARON SMITH did knowingly and intentionally possess

with intent to distribute a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2)

The Grand Jury further charges:

3.     On or about August 6, 2025, in the Northern District of Ohio, Eastern Division,

Defendant AARON SMITH and DENZEL CARTER did knowingly and intentionally possess

with intent to distribute 50 grams or more of a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1), (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNTS 4-22
(Use of a Communications Facility to Facilitate a Felony Drug Offense,
21 U.S.C. § 843(b))

The Grand Jury further charges:

4.     On or about the dates and times listed below, in the Northern District of Ohio,

Eastern Division, and elsewhere, the Defendants listed below did knowingly and intentionally

use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under

Title 21, United States Code, Sections 846 and 841(a)(1):

2

| Count | Defendants | Date | Time (EST) |
|---|---|---|---|
| 4 | DENZEL CARTER and AARON SMITH | March 28, 2024 | 12:49 p.m. |
| 5 | DENZEL CARTER | May 11, 2024 | 3:19 p.m. |
| 6 | AARON SMITH | July 12, 2024 | 9:02 p.m. |
| 7 | AARON SMITH | August 25, 2024 | 6:34 p.m. |
| 8 | DENZEL CARTER | September 11, 2024 | 5:29 p.m. |
| 9 | AARON SMITH | September 24, 2024 | 9:19 p.m. |
| 10 | DENZEL CARTER | September 29, 2024 | 2:39 p.m. |
| 11 | DENZEL CARTER | November 5, 2024 | 9:14 a.m. |
| 12 | DENZEL CARTER | November 29, 2024 | 10:58 a.m. |
| 13 | DENZEL CARTER | January 17, 2025 | 11:16 a.m. |
| 14 | DENZEL CARTER and AARON SMITH | January 22, 2025 | 7:13 p.m. |
| 15 | DENZEL CARTER and AARON SMITH | February 26, 2025 | 12:52 p.m. |
| 16 | DENZEL CARTER and AARON SMITH | February 28, 2025 | 5:59 p.m. |
| 17 | DENZEL CARTER | March 30, 2025 | 4:50 p.m. |
| 18 | DENZEL CARTER | April 10, 2025 | 6:03 p.m. |
| 19 | DENZEL CARTER | April 11, 2025 | 1:12 a.m. |
| 20 | DENZEL CARTER | June 5, 2025 | 4:35 p.m. |
| 21 | DENZEL CARTER | July 15, 2025 | 6:20 p.m. |
| 22 | DENZEL CARTER and AARON SMITH | July 26, 2025 | 12:24 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE

The Grand Jury further charges:

5. The allegations contained in Counts 1 through 22 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offenses,

3

Defendants DENZEL CARTER and AARON SMITH shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the offenses charged herein; and any and all of their property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.